846 A.2d 1236

IN THE MATTER OF NICHOLAS R. PERRELLA, AN ATTORNEY AT LAW (ATTORNEY NO. 005171983).

May 5, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–355, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **NICHOLAS R. PERRELLA** of **TRENTON**, who was admitted to the bar of this State in 1983, should be reprimanded based on discipline imposed in Pennsylvania for conduct in violation of *RPC* 1.16(a)(1)(a lawyer shall not represent a client if the representation will result in a violation of the Rules of Professional Conduct or other law), *RPC* 5.5(b)(a lawyer shall not practice law in a jurisdiction where to do so would be in violation of the regulations of the profession in that jurisdiction), and three provisions of the *Pennsylvania Rule of Disciplinary Enforcement* 217 (requirements for attorneys on inactive status), and good cause appearing;

It is ORDERED that **NICHOLAS R. PERRELLA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.